# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Thomas F. Sibick

Defendant

)  Case: 1:21-mj-00297
)  Assigned To : Harvey, G. Michael
)  Assign. Date : 03/10/2021
)  Description: Complaint w/ Arrest Warrant
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Thomas F. Sibick,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 2111 - Taking from a Person Anything of Value by Force and Violence or by Intimidation Within Special Maritime and Territorial Jurisdiction.

Date: 03/10/2021

*Digitally signed by G. Michael Harvey*
*Date: 2021.03.10 18:49:30 -05'00'*

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/10/21, and the person was arrested on *(date)* 3/10/21
at *(city and state)* Buffalo, NY.

Date: 3/10/21

*Arresting officer's signature*

Edmund J. Susman Jr.
*Printed name and title*