UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Case No. 21-MJ-297-GMH** |
| v. | : | |
| | : | |
| **THOMAS F. SIBICK,** | : | |
| | : | |
| Defendant. | : | |

# ORDER

Upon consideration of the Government's Motion for Emergency Appeal of Release Order as to defendant Thomas F. Sibick,

It is this _____ day of March, 2021,

**ORDERED**, that the Motion for an Emergency Appeal is hereby **GRANTED**.

---

BERYL A. HOWELL
CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

1