UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **MAGISTRATE NO. 21-MJ-297** |
| | : | |
| **THOMAS F. SIBICK,** | : | |
| Defendant. | : | |

## TRANSPORT ORDER

It is hereby **ORDERED** that the United States Marshals Service transport the defendant Thomas F. Sibick forthwith from the Western District of New York to the District of Columbia for further proceedings in this matter.

DATE: March 16, 2021

_____

BERYL A. HOWELL
CHIEF JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

1